# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                              6500 CHERRYWOOD LANE
UNITED STATES DISTRICT JUDGE                          GREENBELT, MARYLAND 20770
                                                                          301-344-0052

## M E M O R A N D U M

TO:        Counsel of Record

FROM:   Judge Roger W. Titus

RE:        *United States of America v. Darrell Glen Pinkney*
            Criminal Case No. RWT 16-0359

DATE:    October 5, 2016

* * * * * * * * *

At the request of the parties, the rearraignment of the above Defendant is hereby scheduled for **October 25, 2016 at 1:00 p.m.** before Judge Paula Xinis.  The sentencing will take place on **January 4, 2017 at 2:00 p.m.** before Judge Roger W. Titus, the date previously scheduled for a motions hearing.  The telephone status conference currently scheduled for November 28, 2016 at 5:30 p.m. is hereby **CANCELLED**.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge